IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

ERIN BRETT,

    Plaintiff,

vs.

OHIO EQUITY PLUS, LLC.,

    Defendant.

Case No.: 1:19cv1633

JUDGE PATRICIA A. GAUGHAN

**NOTICE OF DISMISSAL**

So Ordered.
/s/ Patricia A. Gaughan
10/15/19

Pursuant to Fed. R. Civ. P. 41, Plaintiff Erin Brett hereby dismisses this case without prejudice.

Date: October 14, 2019

**HANSEN REYNOLDS LLC**

By: /s/ Michael C. Lueder
    Michael C. Lueder, Esq.
    State Bar No.: 1039954
    mlueder@hansenreynolds.com
    301 N. Broadway, Suite 400
    Milwaukee, Wisconsin 53202
    Tel. 414-455-7676
    Fax 414-273-8476

*Attorney for Plaintiff*